EDMUND CAPALDO, PLAINTIFF-RESPONDENT, v. NORMA REIMER, DEFENDANT-PETITIONER.

See same case below: 77 *N. J. Super.* 215.

*Messrs. Harkav & Lieb* and *Mr. Ronald M. Sturtz* for the petitioner.

*Messrs. Weiner, Weiner and Glennon* and *Messrs. Wilentz, Goldman, Spitzer & Sills* for the respondent.

January 28, 1963. Granted.

WILLIAM J. JONES, ADM., PLAINTIFF-PETITIONER, v. NEW JERSEY MANUFACTURERS CASUALTY INSURANCE COMPANY, DEFENDANT-RESPONDENT.

See same case below: 77 *N. J. Super.* 147.

*Mr. Carl J. Yagoda* and *Mr. Charles Weinstock* for the petitioner.

*Messrs. Pindar, McElroy, Connell & Foley* and *Mrs. Sonia Napolitano* for the respondent.

January 28, 1963. Granted.